Witmer *v.* Witmer, Appellant.

Before MARRONE, J.

Argued September 8, 1975. *William J. Scott,* with him *Richard H. Lawson, Gary R.*

*Block,* and *Arnold H. Cantor,* for appellant; *David S. Kaplan,* with him *Sager & Sager,* for appellee.

Order affirmed.